IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00119

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTOINE STATON, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se Motion for Courtesy Copies. [DE 104]. Defendant alleges that he is indigent and requests a copy of his sentencing transcript and docket sheet. *Id.* For the following reasons, the motion is DENIED.

Pursuant to 28 U.S.C. § 1914(b), "the clerk shall collect from the parties such . . . fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Courts are authorized to provide free copies of transcripts and court records to indigent litigants "upon a showing by the litigant of a particularized need for the documents." *United States v. Gallo*, 1988 WL 60934, at *1 (4th Cir. May 31, 1988). An indigent is not entitled to free copies "merely to comb the record in the hope of discovering some flaw." *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963).

Defendant does identify a particularized need for the documents. He merely states that he "would like to ask the court to allow [him] to receive the sentence hearing transcripts and docket sheet." [DE 104]. Because Defendant does not raise the type of particularized need contemplated by the statute and caselaw, the motion is DENIED. *See Gallo*, 1988 WL 60934, at *1.

Defendant may obtain a copy of the docket sheet by filing a request to the Clerk of Court. The Clerk's Office will fulfill copy requests (subject to availability) at a cost of fifty (50¢) cents a page. The request may be mailed to the following address:

>Attention: Copy Request System
>United States Clerk's Office
>P.O. Box 25670
>Raleigh, North Carolina 27611

Defendant may obtain a copy of his sentencing transcript by making a request to the official court reporter. Payment is to be made by certified check or money order, made payable to Risa Kramer, and mailed to the following address:

>Risa Kramer
>Alton Lennon Federal Building
>2 Princess Street
>Wilmington, North Carolina 28401

SO ORDERED this 8th day of January, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE