IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00119-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE STATON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motions. [DE 98, 108]. Defendant seeks an order from the court detailing his criminal history category and points. [DE 108]. He advises that while he is aware that the court has previously declined to reduce his term of imprisonment pursuant to Amendment 821, *see* [DE 86], he requests confirmation as to his criminal history points so that the BOP can appropriately apply his FSA credits. [DE 108] at 1.

Pursuant to the Standing Order 19-SO-3, the Office of the Federal Public Defender is DIRECTED to appoint counsel to Defendant to assess any potential misapplication of FSA credits.

SO ORDERED this 3d day of March, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE