IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00119-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTOINE STATON,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's Unopposed Motion for Reconsideration. [DE 111].

On August 27, 2024, the court denied Defendant's pro se Motion to Reduce Sentence Pursuant to Amendment 821. [DE 88]. Although the Amendment was applicable, Defendant had been sentenced to a term of imprisonment that was lower than the floor of his new guideline range. *See* [DE 72]. Subsequently, Defendant filed several letters with the court, requesting clarification as to his new criminal history category so that the BOP could appropriately apply his FSA credits. [DE 102, 108]. On March 3, 2025, the court ordered the Office of the Federal Public Defender to appoint counsel to Defendant to assess any potential misapplication of FSA credits. [DE 109].

Defendant, through counsel, now advises that no Statement of Reasons was issued in conjunction with the court's August 27, 2024, order. [DE 111] at 2. Accordingly, there is no official documentation as to Defendant's adjusted Criminal History Category and Guideline Range after application of Amendment 821. *Id.* Defendant requests that the court issue an amended order, to include a Statement of Reasons that reflects that Defendant's Criminal History Category has dropped from VI to V, thus lowering his Guideline Range to 100-120 months. *Id.*

For good cause shown, the Motion for Reconsideration [DE 111] is GRANTED. An amended order denying Defendant's pro se motion [DE 88], to include a Statement of Reasons, will be issued contemporaneously with this order.

Defendant's remaining pro se motions [DE 98, 108] are DENIED AS MOOT, as they both seek to address the alleged misapplication of his FSA credits.

SO ORDERED this 10th day of March, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE