IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00119-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE STATON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Reduction or Modification of Sentence [DE 119] and Motion for Accelerated Ruling [DE 120]. Defendant moves pursuant to 18 U.S.C. § 3582(c)(2), which authorizes district courts to reduce a term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o)." However, Defendant advises that his motion is not predicated on "any United States Sentencing Commission . . . Amendment or sentencing guideline decrease." DE 119 at 1. Instead, he makes a passing refence to a BOP policy statement that "has laid the foundation for inmates with 922(g) offenses to seek correction of 922(g) violent redesignation[.]" *Id.* Even liberally construing the filing, the court is unsure what Defendant is referring to. Either way, Defendant has stipulated that his motion is unrelated to his advisory guideline range. *See id.* Accordingly, § 3582(c)(2) is an inappropriate vehicle with which to seek a sentence reduction. On

that basis, both motions are DENIED.

SO ORDERED this ___27ᵀʰ___ day of July, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2